COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

14 JUL 16 PM 3:14

JAMES L. SPAETH
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
OF WARREN COUNTY, OHIO

| | |
|---|---|
| CHRISTOPHER R. HEIZER, | CASE NO. 14 CV 85984 |
| Plaintiff, | JUDGE FLANNERY |
| v. | |
| WILLIAM APOSTELOS, | JUDGMENT ENTRY |
| Defendant. | |

TO THE CLERK: SERVE NOTICE OF JUDGMENT PURSUANT TO CIVIL RULE 58(B)

This matter came on for consideration before the Court upon the Complaint on Cognovit Note by Plaintiff, Christopher R. Heizer, and upon the Answer of Defendant, William Apostelos, to the Plaintiff's Complaint on Cognovit Note. The Court finds that the Defendant, being represented by an attorney at law before the Court and before the Courts of the State of Ohio have, by virtue of the warrants of attorney contained in the Note executed by Defendant, William Apostelos, waived the issuance and service of process in this action, admitted the non-payment and the amount of the indebtedness evidenced by the Note, and authorized the confession of judgment in favor of Plaintiff, Christopher R. Heizer, against Defendant as set forth below. The Court finds that the territorial jurisdiction of this Court is satisfied because Defendant either resides or has a principal place of business in Warren County, Ohio.

1

RIESER & MARX LLC
7925 Graceland Street · Dayton, Ohio 45459-3834 · Tel: 937/224-4128


EXHIBIT C

The Court further finds that the Note was not executed in connection with a consumer loan or a consumer transaction and that they provided all of the warnings required by R.C. 2313.13(D).

**It is accordingly ORDERED** that judgment is hereby granted and entered in favor of Plaintiff, Christopher R. Heizer as against Defendant, William Apostelos, on the Note for the unpaid principal balance of Three Hundred Twenty-Seven Thousand Eight Hundred Forty-Eight Dollars and Twenty-Six Cents ($327,848.26) plus accrued and unpaid interest of Ten Thousand Five Hundred Sixty-Nine Dollars and Sixty-Five Cents ($10,569.65), for a total amount due as of May 29, 2014 of Three Hundred Thirty Eight Thousand Four Hundred Seventeen Dollars and Ninety-Once Cents ($338,417.91) plus interest on the then outstanding principal balance of the Note at the rate of 20% per annum, plus all costs incurred in collecting these sums, together with such other relief as this Court deems appropriate, just and equitable.

Court costs taxed to the Defendant. This Judgment is a final, appealable order, effective immediately upon entry, and there is no just reason for delay.

Date: 7-16-14

_____
Judge

Approved:

RIESER & MARX LLC

_____
Dianne F. Marx (0022988)
7925 Graceland Street
Dayton, Ohio 45459-3084
Telephone: (937) 224-4128
Fax: (937) 224-3090
Email: dmarx@riesermarx.com

HUFFMAN LANDIS WEAKS & WALTERS, CO LPA

_____
Robert J. Huffman (0040316)
80 S. Plum Street
Troy, Ohio 45373
Telephone: (937) 335-0550
Fax: (937) 339-6170
Email: Bob@HuffmanLaw.co.

*Attorneys for Plaintiff Christopher R. Heizer*

PORTER WRIGHT MORRIS & ARTHUR LLP

By: _____
Walter Reynolds ( 0022991)
One South Main Street, Suite 1600
Dayton, Ohio 45402-2028
Telephone: (937) 449-6714
Fax: (937) 449-6780
Email: wreynolds@porterwright.com

*Attorney for Defendant William Apostelos*