COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

14 AUG 21 PM 3: 25

TO THE CLERK
SERVE NOTICE OF JUDGMENT
PURSUANT TO CIVIL RULE 58(B)

## IN THE COMMON PLEAS COURT OF WARREN COUNTY, OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| **SUSAN ELAINE WENRICK,** As Executrix of the Estate of Helen L. Wenrick, deceased | : | Case No. 14CV86147 |
| | : | Judge Flannery |
| Plaintiff, | : | |
| v. | : | |
| **WILLIAM APOSTELOS** | : | **JUDGMENT ENTRY ON COGNOVIT NOTE** |
| Defendant. | : | |

---

This matter came before this Court based upon the Complaint filed against Defendant William Apostelos and the Court having examined the original promissory note, a copy of which is attached to the Complaint, finds that:

1. The Court has personal jurisdiction over the Defendant and over the subject matter of the Complaint; and

2. The Note contains the statutory warrant and warning respecting the makers' rights upon confession of judgment on said Note in type more conspicuous than any other on the document, and such warning is located directly above the makers' signatures; and

3. The Complaint indicates that the Note evidences a corporate transaction other than a consumer loan or consumer transaction; and

**EXHIBIT D**

Doc ID: 2ef0b375b39e58c53185499259f570e2f7d4b3b7

4. Chad Burton, an attorney at law of the State of Ohio, appeared on behalf of the Defendant, and by virtue of the warrant of attorney contained in the Note attached to the Complaint, and having shown that the Note was duly executed by the Defendant and that said Note is in compliance with Ohio law, did then confess judgment thereon against the Defendant in favor of Plaintiff, for the sum prayed for, all in accordance with Ohio Revised Code Section 2323.13

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Plaintiff recover from Defendant the sum of $60,000, plus interest at 25% per annum from December 16, 2013, attorney fees, and costs of this proceeding.

_____
Judge J. Flannery

FAUST, HARRELSON, FULKER,
McCARTHY & SCHLEMMER, LLP
Attorneys for Plaintiff

_____
Robert M. Harrelson (#0003302)
William M. Harrelson II (#0087957)
12 South Cherry Street
Troy, OH 45373
Phone: (937) 335-8324
Fax: (937) 339-7155
E-mail: rob.harrelson@fhfmslaw.com

BURTON LAW, LLC
Attorneys for Defendant

_____
Chad Burton (#0078014)
714 East Monument Ave.
Dayton, OH 45402
Phone: (937) 610-0444
Fax: (937) 660-9383
E-mail: cburton@burton-law.com

Doc ID: 2ef0b375b39e58c53185499259f570e2f7d4b3b7