COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

14 SEP 17 AM 8: 43

JAMES L. SPAETH
CLERK OF COURTS

# IN THE COMMON PLEAS COURT OF WARREN COUNTY, OHIO
## CIVIL DIVISION

| | |
|---|---|
| TONY MICHAEL, | CASE NO. 14CV86235 |
| Plaintiff, | |
| | JUDGE Oda |
| v. | |
| | **JUDGMENT ON COGNOVIT** |
| WILLIAM M. APOSTELOS | **PROMISSORY NOTES FOR PLAINTIFF** |
| | **TONY MICHAEL AGAINST DEFENDANT** |
| Defendant. | **WILLIAM M. APOSTELOS** |

Upon the Complaint of Plaintiff Tony Michael for judgment on two cognovit promissory notes against Defendant William M. Apostelos, and further upon the Answer and Confession of Judgment of Defendant William M. Apostelos as to the First Cause of Action of the Complaint and the Second Cause of Action of the Complaint, pursuant to the Warrant of Attorney contained in the promissory notes attached to the Complaint as Exhibits 1 and 2, respectively, and for good cause shown, judgment is entered for Plaintiff Tony Michael against defendant William Apostellos as follows:

1. As to the First Cause of Action, for the amount of unpaid principle and interest as required by the Pay Schedule attached to the Complaint as Exhibit 1 in the total sum of $3,740,000, together interest at the statutory rate from the date of this judgment until satisfied, plus, attorney fees, expenses of collection, and court costs.

2. As to the Second Cause of Action, for the amount of unpaid principle and interest as required by the Second Note attached to the Complaint as Exhibit 2 in the total sum of

1


EXHIBIT E

$250,000, together with interest at the rate of 25% per annum from the date of this judgment until satisfied, plus attorney fees, expenses of collection, and court costs.

Plaintiff may file his motion for determination and award of attorney fees and expenses hereafter.

**IT IS SO ORDERED**

_____
Judge