COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

14 SEP 25 PM 1: 36

JAMES L. SPAETH
CLERK OF COURTS

TO THE CLERK
SERVE NOTICE OF JUDGMENT
PURSUANT TO CIVIL RULE 58(B)

## IN THE COMMON PLEAS COURT OF WARREN COUNTY, OHIO
### CIVIL DIVISION

| | | |
|---|---|---|
| DANIEL PEFFLEY, | : | CASE NO. '14 CV 86299 |
| Plaintiff, | : | **JUDGE PEELER** |
| | : | JUDGE _____ |
| v. | : | |
| | : | **JUDGMENT ON COGNOVIT** |
| WILLIAM M. APOSTELOS | : | **PROMISSORY NOTE FOR PLAINTIFF** |
| | : | **DANIEL PEFFLEY AGAINST DEFENDANT** |
| Defendant. | : | **WILLIAM M. APOSTELOS** |

Upon the Complaint of Plaintiff Daniel Peffley for judgment on a cognovit promissory note against Defendant William M. Apostelos, and further upon the Answer and Confession of Judgment of Defendant William M. Apostelos, pursuant to the Warrant of Attorney contained in the promissory note attached to the Complaint as Exhibit 1, and for good cause shown, judgment is hereby entered for Plaintiff Daniel Peffley against Defendant William Apostellos as follows:

1. For the amount of unpaid principle and interest – less payments already received - as required by the Promissory Note attached to the Complaint as Exhibit 1 in the total amount of $1,276,169.92;

2. For interest accrued at 30% per annum from date of entry hereof until satisfied; and

3. For reasonable attorney fees, expenses of collection, and court costs.

Plaintiff may file his motion for determination and award of attorney fees and expenses hereafter.

There is no just cause for delay.

1


EXHIBIT F

**IT IS SO ORDERED**

Judge  *J. Flannery*

*all copies & notice of Cognovit Note mailed by*