COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

14 OCT -2 AM 10: 10

JAMES L. SPAETH
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
OF WARREN COUNTY, OHIO

TO THE CLERK
SERVE NOTICE OF JUDGMENT
PURSUANT TO CIVIL RULE 58(B)

| | |
|---|---|
| CHRISTOPHER R. HEIZER, | ) CASE NO. 14CV86326 |
| | ) JUDGE Peeler |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM APOSTELOS, | ) **JUDGMENT ENTRY** |
| | ) |
| Defendant. | ) |

This matter came on for consideration before the Court upon the Complaint on Cognovit Note by Plaintiff, Christopher R. Heizer, and upon the Answer of Defendants, William Apostelos, Midwest Green Resources, LLC, WMA Enterprises, LLC, The Banyon Group, Inc., and Innovesting, Inc., to the Plaintiff's Complaint on Cognovit Note. The Court finds that the Defendants, being represented by an attorney at law before the Court and before the Courts of the State of Ohio have, by virtue of the warrants of attorney contained in the Note executed by Defendants, William Apostelos, Midwest Green Resources, LLC, WMA Enterprises, LLC, The Banyon Group, Inc., and Innovesting, Inc., waived the issuance and service of process in this action, admitted the non-payment and the amount of the indebtedness evidenced by the Note, and authorized the confession of judgment in favor of Plaintiff, Christopher R. Heizer, against Defendants jointly and severally as set forth below. The Court finds that the territorial jurisdiction of this Court is satisfied because Defendants either reside or have a principal place of business in Warren County, Ohio.

EXHIBIT
G

The Court further finds that the Note was not executed in connection with a consumer loan or a consumer transaction and that they provided all of the warnings required by R.C. 2313.13(D).

**It is accordingly ORDERED** that judgment is hereby granted and entered in favor of Plaintiff, Christopher R. Heizer as against Defendant, William Apostelos, Midwest Green Resources, LLC, WMA Enterprises, LLC, The Banyon Group, Inc., and Innovesting, Inc., jointly and severally on the Note for the unpaid principal balance of Two Hundred Twenty Thousand Dollars and 00/100 ($220,000.00) plus accrued and unpaid interest of One Thousand Six Hundred Eighty Seven Dollars and 00/100 ($1,687.00), for a total amount due as of September 29, 2014 of Two Hundred Twenty One Thousand Six Hundred Eighty Seven Dollars and 00/100 ($221,687.00) plus interest on the then outstanding principal balance of the Note at the rate of 20% per annum, plus all costs incurred in collecting these sums, together with such other relief as this Court deems appropriate, just and equitable.

Court costs taxed to Defendants. This Judgment is a final, appealable order, effective immediately upon entry, and there is no just reason for delay.

Date: _____

_____
Judge

Approved:

RIESER & MARX LLC

_____
Dianne F. Marx (0022988)
7925 Graceland Street
Dayton, Ohio 45459-3084
Telephone: (937) 224-4128
Fax: (937) 224-3090
Email: dmarx@riesermarx.com

HUFFMAN LANDIS WEAKS & WALTERS, CO LPA

_____
Robert J. Huffman (0040316)
80 S. Plum Street
Troy, Ohio 45373
Telephone: (937) 335-0550
Fax: (937) 339-6170
Email:Bob@HuffmanLaw.co.

*Attorneys for Plaintiff Christopher R. Heizer*

PORTER WRIGHT MORRIS & ARTHUR LLP

By:_____
Walter Reynolds ( 0022991)
One South Main Street, Suite 1600
Dayton, Ohio 45402-2028
Telephone: (937) 449-6714
Fax: (937) 449-6780
Email: wreynolds@porterwright.com

*Attorney for Defendant William Apostelos
Midwest Green Resources, LLC, WMA
Enterprises, LLC, The Banyon Group, Inc., and
Innovesting, Inc.,*