**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: November 7, 2014**



Lawrence S. Walter
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| *In re:* | : | Case No. 14-33677 |
| | : | Chapter: 7 |
| WILLIAM M. APOSTELOS | : | Judge Lawrence S. Walter |
| | : | |
| *Debtor.* | : | |
| | : | |

### ORDER FOR RELIEF

An Involuntary Petition having been filed on October 15, 2014 by Dr. Rafael Cruz, Dr. Gloria M. Cruz, and Dr. Joseph P. Mullane (the "petitioning creditors"); a Summons and Certificate of Service certifying service of the Summons having been filed October 16, 2014 (doc. 2); and the Debtor having failed to timely file a response or otherwise controvert the petition,

**IT IS ORDERED** that, in accordance with 11 U.S.C. § 303(h) and Fed. R. Bankr. P. 1013(b), relief is **GRANTED.**

**IT IS FUTHER ORDERED** that, in accordance with Fed. R. Bankr. P. 1007(a)(2) and Local Bankruptcy Rule 1007-2, the Debtor shall file its mailing list of creditors on or before **November 14, 2014** and shall file its schedules and statement of financial affairs on or before **November 21, 2014.**

**SO ORDERED.**

Copies to:

Default List
David Barrett, Jr., 7259 Sawmill Road, Dublin, OH 43016

###