Form a7nsuctr

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

In Re: William M. Apostelos

    Debtor(s)

SSN/TAX ID:

Case No.: 3:14–bk–33677

Chapter: 7

Judge: Lawrence S. Walter

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE AND RESCHEDULED**
**FIRST MEETING OF CREDITORS**

Notice is given that:

The U.S. Trustee has appointed:

    John Paul Rieser
    7925 Graceland Street
    Dayton, OH 45459

as the successor Interim Trustee in the above named proceedings.

The First Meeting of Creditors has been rescheduled to:

    December 17, 2014
    03:00 PM
    at Suite 309, U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402

All other information indicated on the original Notice of the 341 Meeting of Creditors remains the same.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: November 17, 2014

                        FOR THE COURT:
                        Kenneth Jordan
                        Clerk, U.S. Bankruptcy Court