Form 1     Page: 1

# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33677 L     **Trustee:** (550250)    John Paul Rieser
**Case Name:** APOSTELOS, WILLIAM M.     **Filed (f) or Converted (c):** 10/15/14 (f)
    **§341(a) Meeting Date:** 12/17/14
**Period Ending:** 03/13/15     **Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Claims for fraudulent and/or insider transfers (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 2 | Bank accounts, personal property seized by FBI (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 3 | Debtor's interest in various business entities (u)<br>See attached exhibit for partial list; more entities may exist which the Trustee is not yet aware of | 0.00 | Unknown | | 0.00 | Unknown |
| 3 | **Assets**    **Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Debtor is being investigated for potential criminal activities, including running an alleged fraudulent Ponzi scheme. The Debtor has not filed bankruptcy schedules, and he has asserted his Fifth Amendment privilege.

The FBI seized the Debtor's bank accounts and records. The Trustee has had continuing discussions with various representatives from the Department of Justice regarding obtaining some or all of the Debtor's records. The Trustee is hopeful that he will receive the documents from the DOJ soon, which will enable the Trustee to file a creditor list of "investors" and/or potential victims.

The Trustee sent discovery requests to various third parties believed to have information on the Debtor's financial activities. The Trustee also entered an appearance and filed an Answer in a civil forfeiture case concerning two parcels of real estate (Case No. 14-CV-381 in the U.S. District Court for the Southern District of Ohio). The forfeiture case has been stayed indefinitely to preclude the discovery process from interfering with the criminal investigation.

The Trustee's deadline to object to exemptions has been extended through May 15, 2015, and the deadline to object to discharge has been extended through July 16, 2015.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33677 L  
**Case Name:** APOSTELOS, WILLIAM M.  
**Period Ending:** 03/13/15

**Trustee:** (550250)  John Paul Rieser  
**Filed (f) or Converted (c):** 10/15/14 (f)  
**§341(a) Meeting Date:** 12/17/14  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2019  
**Current Projected Date Of Final Report (TFR):** December 31, 2019

  March 13, 2015                                /s/ John Paul Rieser
  ─────────────────────                         ─────────────────────────────────────────
          Date                                   John Paul Rieser

# EXHIBIT A
# BUSINESS ENTITIES

Upon information and belief, the Debtor may have an interest in some or all of the following entities. The nature and extent of the Debtor's interest is undetermined.

- ABC Management of Dayton, Inc.
- Apostelos Enterprises, Inc. (fka Carmen-Coleman, Inc.)
- The Banyon Group, Inc.
- Carmen-Bruce Construction, Inc.
- Carmen-Coleman, Inc.
- Carmen-Crane, Inc.
- Celeborn Emergency Medicine, LLC
- Coleman Capital, Inc.
- Emergency Medicine Nocturnists, Inc.
- Genesis Acquisitions International LLC
- Hancock Racing Stables, Inc.
- Innovesting, Inc.
- Midwest Green Resources, LLC
- The Money Source
- The One Stop Gun Shop, LLC
- OVO Wealth Management, LLC
- P.A.M. Property Development, Inc.
- Red Riding Hoods, LLC
- Roan Capital Partners, Inc.
- Shelley Enterprises, Inc.
- Silver Bridle Racing, LLC
- WMA Enterprises, LLC
- WMA Trust Agreement dated July 23, 2013 (Trustees Steven C. Scudder and formerly David Zoellner)