**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33677 L  
**Case Name:** APOSTELOS, WILLIAM M.  
**Period Ending:** 06/30/15

**Trustee:** (550250) John Paul Rieser  
**Filed (f) or Converted (c):** 10/15/14 (f)  
**§341(a) Meeting Date:** 12/17/14  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Claims for fraudulent and/or insider transfers (u)<br>   The actual value is undetermined and cannot be publicly disclosed due to anticipated litigation. | 0.00 | 1.00 | | 0.00 | 1.00 |
| 2 | Bank accounts, personal property seized by FBI (u)<br>   Currently subject to forfeiture action in U.S. District Court; value shown is a rough estimate based on assets listed in the forfeiture complaint ($566,423.98 in assets with an assigned dollar value, plus several unvalued assets) | 0.00 | 650,000.00 | | 0.00 | 650,000.00 |
| 3 | Debtor's interest in various business entities (u)<br>   Value undetermined | 0.00 | 1.00 | | 0.00 | 1.00 |
| 4 | Real estate 35 Commercial Way in Springboro, OH (u)<br>   Currently subject to forfeiture action in U.S. District Court; value shown is the Warren Co. Treasurer's value | 0.00 | 302,160.00 | | 0.00 | 302,160.00 |
| 5 | Real Estate 496 S. Houston Pike, South Vienna (u)<br>   Currently subject to forfeiture action in U.S. District Court; value shown is the Clark Co. Treasurer's value | 0.00 | 769,780.00 | | 0.00 | 769,780.00 |
| 5 Assets | **Totals** (Excluding unknown values) | **$0.00** | **$1,721,942.00** | | **$0.00** | **$1,721,942.00** |

**Major Activities Affecting Case Closing:**

   The Debtor is being investigated for potential criminal activities, including running an alleged fraudulent Ponzi scheme. The Debtor has not filed bankruptcy schedules, and he has asserted his Fifth Amendment privilege. The FBI seized the Debtor's bank accounts and records, and the U.S. Attorney's Office has not yet made the records available to the Trustee.

Printed: 07/23/2015 08:51 AM    V.13.23

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 14-33677 L | Trustee: (550250) | John Paul Rieser |
|---|---|---|---|
| Case Name: | APOSTELOS, WILLIAM M. | Filed (f) or Converted (c): | 10/15/14 (f) |
| | | §341(a) Meeting Date: | 12/17/14 |
| Period Ending: | 06/30/15 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

July 14, 2015: The Trustee requested an extension of time to object to discharge through October 16, 2015.

July 8, 2015: The Trustee met with counsel at the U.S. Attorney's Office regarding his requests for documents and a creditor list. The Trustee was advised that he would receive a response the following week.

June 16, 2015: The Trustee sent letters to Rebekah Fairchild and Connie Apostelos to schedule their depositions. Both individuals have indicated, through counsel, that they will assert their Fifth Amendment privileges.

June 10, 2015: The Trustee contacted the U.S. Attorney's Office again to follow up on previous document requests. The Trustee later scheduled a meeting with the U.S. Attorney's Office for July.

June 10, 2015: The Trustee filed an Answer in a second asset forfeiture case filed by the U.S. government. The second forfeiture case deals with the Debtor's personal property. (Case No. 15-CV-143 in the U.S. District Court for the Southern District of Ohio).

June 9, 2015: The Trustee's deadline to object to exemptions was extended through September 15, 2015.

April 15, 2015: The Trustee contacted the U.S. Attorney's Office, as a follow up to his numerous prior requests for documents on the Apostelos matter, including a creditor list. The Trustee was advised that the doucments would be available in about 45 days.

March 4, 2015: The District Court stayed the real estate forfeiture action. The stay will remain in place while the criminal investigation is ongoing.

December 19, 2014: The United States government filed a forfeiture action regarding two parcels of real estate titled in the name of Apostelos-related entities (Case No. 14-CV-381 in the U.S. District Court for the Southern District of Ohio). The Trustee filed an Answer in the forfeiture case.

[Note - The Trustee has not yet requested a claims bar date because a complete creditor list has not been established.]

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33677 L  
**Case Name:** APOSTELOS, WILLIAM M.  
**Period Ending:** 06/30/15

**Trustee:** (550250) John Paul Rieser  
**Filed (f) or Converted (c):** 10/15/14 (f)  
**§341(a) Meeting Date:** 12/17/14  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2019  
**Current Projected Date Of Final Report (TFR):** December 31, 2019

_____July 23, 2015_____  
              Date

/s/ John Paul Rieser  
_____  
John Paul Rieser