# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-33677 |
| | ) | |
| William M. Apostelos, | ) | Chapter 7 |
| | ) | |
| | ) | Hon. Lawrence S. Walter |
| Debtor. | ) | U.S. Bankruptcy Judge |

## NOTICE OF WITHDRAWAL

Now comes Daniel M. McDermott, United States Trustee for Region 9, by and through his undersigned counsel, and hereby withdraws the his pending Motion to Extend time filed in the above-captioned case as docket entry number 72 on October 15, 2015.

Dated: October 15, 2015

Respectfully Submitted:

Daniel M. McDermott
United States Trustee, Region 9

by:   /s/ Ronna G. Jackson
Ronna G. Jackson (#0080432)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
211 W. Fort St., Ste. 700
Detroit MI 48226
Phone: (313) 226-7934
Fax: (313) 226-7952
E-mail: Ronna.G.Jackson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on or about October 15, 2015, a copy of the foregoing Notice of Withdrawal was served on the following parties as indicated below:

John P. Rieser, Esq.

and on the following by ordinary U.S. Mail addressed to:

William M. Apostelos
35 Commercial Way
Springboro, OH 45066

                                        */s/ Ronna G. Jackson*
                                        Ronna G. Jackson