LAW OFFICE

# RICHARD G. KNOSTMAN

1240 STANLEY AVE
DAYTON, OHIO 45404

(937) 278-0651
FAX (937) 278-9059
rgknostman@woh.rr.com

September 21, 2016

FILED
SEP 2 3 2016
Kenneth Jordan
Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio
120 West Third Street
Dayton, Ohio 45402-1819

RE:   William M. Apostelos
      Case Number 14-33671

Dear Sir:

Please be advised that I have moved my office to 1240 Stanley Avenue, Dayton, Ohio 45404. All future notices should be sent to that address.

Very truly yours,

Richard G. Knostman
Attorney at Law

RECEIVED
SEP 2 3 2016
Kenneth Jordan
U.S. Clerk of Court
Bankruptcy Court