**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: February 21, 2017**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: : | |
|   WILLIAM M. APOSTELOS : | Case No. 14-33677
Chapter 7
Judge Lawrence S. Walter |
|   Debtor. : | |

### ORDER GRANTING TRUSTEE'S SEVENTH MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S EXEMPTIONS

This matter is before the Court pursuant to the *Trustee's Seventh Motion for Extension of Time to Object to Debtor's Exemptions* [Docket No. 102] (the "Motion"). No objections were filed, and the Court finds that the Motion is well taken. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that, pursuant to 11 U.S.C. § 522(G) and, Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, the Motion is hereby **GRANTED.**

The Trustee is hereby granted an extension of time through and including May 9, 2017, in which to file objections to the Debtor's exemptions in any and all assets.

**IT IS SO ORDERED.**

Copies to: Default List

###