**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

IT IS SO ORDERED.



Lawrence S. Walter
United States Bankruptcy Judge

Dated: February 21, 2017

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: :
           Case No. 14-33677
  WILLIAM M. APOSTELOS : Chapter 7
           Judge Lawrence S. Walter
      Debtor. :

## ORDER GRANTING TRUSTEE'S SEVENTH MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S EXEMPTIONS

This matter is before the Court pursuant to the *Trustee's Seventh Motion for Extension of Time to Object to Debtor's Exemptions* [Docket No. 102] (the "Motion"). No objections were filed, and the Court finds that the Motion is well taken. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that, pursuant to 11 U.S.C. § 522(G) and, Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, the Motion is hereby **GRANTED.**

The Trustee is hereby granted an extension of time through and including May 9, 2017, in which to file objections to the Debtor's exemptions in any and all assets.

**IT IS SO ORDERED.**

Copies to: Default List

###

United States Bankruptcy Court
Southern District of Ohio

In re:                                                              Case No. 14-33677-lsw
William M. Apostelos                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-3           User: branigan            Page 1 of 2            Date Rcvd: Feb 22, 2017
                               Form ID: pdf01            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +William M. Apostelos,    35 Commercial Way,    Springboro, OH 45066-3078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Cynthia Lynn Westwood    on behalf of Creditor Karl  Espeleta cwestwood@rogersgreenberg.com,
               jkordik@rogersgreenberg.com
              Cynthia Lynn Westwood    on behalf of Creditor Steve  Leopard cwestwood@rogersgreenberg.com,
               jkordik@rogersgreenberg.com
              Cynthia Lynn Westwood    on behalf of Creditor    Espeleta Family Trust
               cwestwood@rogersgreenberg.com,    jkordik@rogersgreenberg.com
              David C Barrett, Jr.    on behalf of Creditor Lynn  Stoddard dbarrett@ohiocounsel.com,
               jfactor@farmlawyers.com;mmason@farmlawyers.com;astacy@farmlawyers.com;kkwilhelmy@farmlawyers.com;
               sburke@farmlawyers.com
              David C Barrett, Jr.    on behalf of Creditor Jonda  Bauch dbarrett@ohiocounsel.com,
               jfactor@farmlawyers.com;mmason@farmlawyers.com;astacy@farmlawyers.com;kkwilhelmy@farmlawyers.com;
               sburke@farmlawyers.com
              David C Barrett, Jr.    on behalf of Creditor Heidi A. Black dbarrett@ohiocounsel.com,
               jfactor@farmlawyers.com;mmason@farmlawyers.com;astacy@farmlawyers.com;kkwilhelmy@farmlawyers.com;
               sburke@farmlawyers.com
              Erik Robert Blaine    on behalf of Creditor William W Florence, II EBlaine@LegalDayton.com,
               eblaineecf@gmail.com
              Erik Robert Blaine    on behalf of Creditor Jamie  Florence EBlaine@LegalDayton.com,
               eblaineecf@gmail.com
              Erik Robert Blaine    on behalf of Creditor Karen  Florence EBlaine@LegalDayton.com,
               eblaineecf@gmail.com
              Erin B Moore    on behalf of Creditor Jason J Dennis ebmoore@green-law.com,    sedwards@green-law.com
              Erin B Moore    on behalf of Creditor   Dave Dennis, Inc. ebmoore@green-law.com,
               sedwards@green-law.com
              Erin B Moore    on behalf of Creditor Nicole  Dennis ebmoore@green-law.com,    sedwards@green-law.com
              Erin B Moore    on behalf of Creditor    J.J. Dennis Reinsurance, Ltd. ebmoore@green-law.com,
               sedwards@green-law.com
              Jeremy Shane Flannery    on behalf of Plaintiff Daniel M McDermott Jeremy.S.Flannery@usdoj.gov
              John G Jansing    on behalf of Creditor    Ally Financial Inc. jansingj@altickcorwin.com
              John Paul Rieser    on behalf of Trustee John Paul Rieser attyecfdesk@riesermarx.com,
               jprieser@aol.com
              John Paul Rieser    tecfdesk@riesermarx.com,    OH02@ecfcbis.com
              Joseph C Krella    on behalf of Creditor Cristy  Campos joe.krella@dinsmore.com,
               julie.settimo@dinsmore.com
              Joseph C Krella    on behalf of Creditor Daniel  Peffley joe.krella@dinsmore.com,
               julie.settimo@dinsmore.com
              Joseph C Krella    on behalf of Creditor Tony  Michael joe.krella@dinsmore.com,
               julie.settimo@dinsmore.com
              Philip M Borger    on behalf of Creditor Kathleen  Mohlman pmb@bgllaw.com,    jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Jim  Abbott pmb@bgllaw.com,    jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Linda  Sowers pmb@bgllaw.com,    jlj@bgllaw.com

```
District/off: 0648-3          User: branigan             Page 2 of 2                  Date Rcvd: Feb 22, 2017
                              Form ID: pdf01             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Philip M Borger    on behalf of Creditor Larry  McFarland pmb@bgllaw.com,   jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Jeffrey  Mohlman pmb@bgllaw.com,   jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Elynor  McFarland pmb@bgllaw.com,   jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Tony  Kralich pmb@bgllaw.com,   jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Jim  Pitstick pmb@bgllaw.com,   jlj@bgllaw.com
              Philip M Borger    on behalf of Creditor Joanie  Kralich pmb@bgllaw.com,   jlj@bgllaw.com
              Richard G Knostman    on behalf of Creditor Timothy W Peffley rgknostman@woh.rr.com
              Robert G Hanseman    on behalf of Creditor Joseph P. Mullane rhanseman@ssdlaw.com,
               kroeckner@ssdlaw.com
              Robert G Hanseman    on behalf of Creditor Gloria M. Cruz rhanseman@ssdlaw.com,
               kroeckner@ssdlaw.com
              Robert G Hanseman    on behalf of Creditor Rafael M. Cruz rhanseman@ssdlaw.com,
               kroeckner@ssdlaw.com
              Ronna Govan Jackson    on behalf of U.S. Trustee Daniel M McDermott Ronna.G.Jackson@usdoj.gov
              Ronna Govan Jackson    on behalf of Plaintiff Daniel M McDermott Ronna.G.Jackson@usdoj.gov
              Scott A Kramer    on behalf of Creditor Bruce D Curry kramerbankruptcy@yahoo.com,
               debtfreedayton@gmail.com
              Scott A Kramer    on behalf of Creditor Aaron M Prymula kramerbankruptcy@yahoo.com,
               debtfreedayton@gmail.com
              Steven C Katchman    on behalf of Creditor   Weller Mortgages, Inc. stevekatchman@yahoo.com
              William McAllum Harrelson, II    on behalf of Creditor Susan  Wenrick will.harrelson@fhfmslaw.com
                                                                                             TOTAL: 40
```